UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CR00775 RWS (AGF) |
| KENNETH PETTIS, | ) | |
| Defendant. | ) | |

## **ORDER**

The Court has before it the letter dated February 6, 2007, from Defendant Kenneth Pettis to the Clerk of the Court. Although the Clerk is forwarding certain copies of documents to Defendant, the Clerk is hereby directed to return Defendant's letter to him, with a copy of this Order.

Inasmuch as Defendant is represented by counsel, Defendant is advised that any communications or requests for relief by Defendant should be made through his attorney.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of February, 2007